UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Zhanbo DU,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Michael Chertoff, Secretary of the<br>Department of Homeland Security;<br>Emilio T. Gonzalez, Director,<br>U.S. Citizenship and Immigration Services;<br>David Still, San Francisco District Director;<br>Robert S. Mueller,<br>Director of Federal Bureau of Investigation<br><br>　　　　　　Defendants. | No.: C 07-0558 JW<br><br>STIPULATION OF RESCHEDULING<br>CASE MANAGEMENT CONFERENCE;<br>[PROPOSED] ORDER<br><br><br>Date: August 13, 2007<br>Time: 9:00 a.m.<br>Court Room: 8, 4th floor |

　　　　Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　　　1. The Case Management Conference (CMC) is presently scheduled for May 14, 2007; and a hearing on a motion to dismiss with the Court is presently scheduled for August 13, 2007.

　　　　2. In the interest of conserving judicial resources, the parties respectfully request that the Court reschedule the CMC at the same time as hearing on **August 13, 2007 at 9:00 a.m. at Courtroom 8, 4th floor**. The Case Management Statement (CMS) will be filed 7 days before CMC on August 6, 2007.

Date: April 27, 2007　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. SCHOOLS

United States Attorney

_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: April 27, 2007

_____
JUSTIN X. WANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____May 1 2007_____

_____
JAMES WARE
United States District Judge