SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZHANBO DU, | ) |
|           Plaintiff, | ) No. C 07-0558 JW<br>) |
|      v. | ) |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>DAVID STILL, San Francisco District Director;<br>ROBERT S. MUELLER, Director of Federal<br>Bureau of Investigation, | ) **STIPULATION TO DISMISS AND**<br>) **[PROPOSED] ORDER**<br>) |
|           Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0558 JW                          1

| | | |
|---|---|---|
| 1 | Date: November 16, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: November 16, 2007 | _____/s/_____<br>JUSTIN X. WANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines and hearings before the Court are terminated. The Clerk shall close this file.

Date:   November 28, 2007

_____/s/ James Ware_____
JAMES WARE
United States District Judge

Stipulation to Dismiss
C07-0558 JW                                              2